**IT IS SO ORDERED.**

**SIGNED THIS: December 19, 2017**

_____
**Mary P. Gorman**
**United States Chief Bankruptcy Judge**
_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    Cammi Pierce                                                                          Case No.   17-71945
Gregory Pierce

Debtors

### ORDER DISMISSING CASE

The Court finds:

1. that the debtors failed to file the certificate described in Section 521(b)(1) or a Request for Waiver or Motion to Excuse in accordance with the Revised Standing Order Regarding Credit Counseling entered on October 4, 2006, by the Judges of the United States Bankruptcy Court, Central District of Illinois.

2. that the debtors failed to file or upload a list (mailing matrix) containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H per B. Rule 1007(a)(1).

IT IS THEREFORE ORDERED that the Chapter 13 case in bankruptcy filed on December 18, 2017, be and is hereby dismissed.

IT IS FURTHER ORDERED that if the filing fee for this case was not paid in full, any new case filed by debtors under any Chapter of the Bankruptcy Code in the Central District of Illinois must be accompanied by the full case filing fee.

IT IS FURTHER ORDERED that the Clerk's fees of $0.00 are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the Final Report (120 days for a Chapter 13).

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###